# Order

Michigan Supreme Court
Lansing, Michigan

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

150573

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

LORETTA ROBINSON, Personal
Representative of the ESTATE OF DANELLA
JONES, Deceased,
        Plaintiff-Appellee,

v

ST. JOHN HEALTH, d/b/a ST. JOHN
PROVIDENCE HEALTH SYSTEM and
PROVIDENCE HOSPITAL AND MEDICAL
CENTERS, INC.,
        Defendants-Appellants.

SC: 150573
COA: 324905
Oakland CC: 2014-139608-NO

_____/

By order of December 19, 2014, the application for leave to appeal prior to decision by the Court of Appeals was held in abeyance pending the decision in *Krusac v Covenant Medical Center, Inc* (Docket No. 149270). On order of the Court, the case having been decided on April 21, 2015, 497 Mich 251 (2015), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the December 3, 2014 order of the Oakland Circuit Court that ordered production of an incident report prepared by Providence Hospital. We REMAND this case to the Oakland Circuit Court for further proceedings consistent with our opinion in *Krusac*. The stay of proceedings in the trial court and the Court of Appeals, ordered on December 19, 2014, is DISSOLVED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



Clerk

t0929